UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:06:CR:196

v.

                                       HON. GORDON J. QUIST

JESUS CHAVEZ MUNOZ,

        Defendant.

_____/

**<u>ORDER</u>**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.        The Report and Recommendation of the Magistrate Judge filed November 16, 2006, is approved and adopted as the Opinion and Findings of this Court.

        2.        Defendant Jesus Chavez Munoz's plea of guilty to Count One of the Indictment is accepted. Defendant Jesus Chavez Munoz is adjudicated guilty.

        3.        Defendant Jesus Chavez Munoz shall be detained pending sentencing.

Dated: December 6, 2006                                                     /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE